IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. LANDI,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SCOTT KERNAN, Warden,<br><br>　　　　Respondent.<br>_____/ | No. C 99-4301 SBA (PR)<br><br>**ORDER ADDRESSING PENDING MOTION**<br><br>(Docket no. 67) |

　　　In an Order dated December 7, 2007, the Court denied Petitioner relief from judgment entered on May 3, 2000.

　　　Before the Court is Petitioner's "Motion for Enlargement of Time to Perfect a Motion for leave to file a Motion for Reconsideration," asking the Court for an extension of time in which to file a motion for reconsideration under the Northern District of California, Civil Local Rule 7-9. He states that "there are legitimate legal arguments to be made in a motion for reconsideration." (Mot. for Extension of Time at 1.)

　　　In the Northern District of California, Local Rule 7-9 allows for the filing of motions for reconsideration only with respect to interlocutory orders made in a case prior to the entry of final judgment. See Civil L.R. 7-9(a). The Court's order denying Petitioner relief from judgment entered on May 3, 2000 was not an interlocutory order and final judgment had already been entered when Petitioner filed the instant motion. Accordingly, the motion for an extension of time in which to file a motion for reconsideration under Local Rule 7-9 (docket no. 67) is without merit; therefore, it is DENIED.

　　　The Clerk shall terminate Docket no. 67.

　　　IT IS SO ORDERED.

DATED: 9/16/08

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\SBA\HC.99\Landi4301.denyEXTrecon.wpd

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3
   LANDI,
4                                                    Case Number: CV99-04301 SBA
               Plaintiff,
5                                                    **CERTIFICATE OF SERVICE**
      v.
6
   HICKMAN,
7
               Defendant.
8  _____/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on September 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.
13

14

15
   Michael Jerry Landi #E-31433
16 MCSP
   Mule Creek State Prison
17 P.O. Box 409040
   Ione, CA 95640
18

19 Dated: September 17, 2008
                                                     Richard W. Wieking, Clerk
20                                                   By: LISA R CLARK, Deputy Clerk

21

22

23

24

25

26

27

28 P:\PRO-SE\SBA\HC.99\Landi4301.denyEXTrecon.wpd